No. 273. ESTATE OF QUESENBERRY: DOWNER, Appellant,
v. QUESENBERRY, Respondent.

(Also reported in 221 N. W. 2d 919.)

The cause was submitted for the appellant on the briefs of *Francis X. Swietlik, Jr.,* attorney, and *Martin J. Torphy* of counsel, both of Milwaukee, and for the respondent on the brief of *Thomas E. Dolan* of Milwaukee.

That portion of the appeal taken from the March 20, 1972, order is dismissed; the remaining order and judgment are affirmed.